IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Leonard Haley, # 325-235
North Branch Corr. Inst.
14100 McMullen Hwy., S.W.
Cumberland, Maryland
21502

*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.

Holly Hoover et al.,
Corizon NBCI Medical Dept.
14100 McMullen Hwy., S.W.
Cumberland, Maryland 21502

*(Full name and address of respondent)*
**Defendant(s).**

Case No.: _____
*(Leave blank. To be filled in by Court.)*

(Jury Trial Demanded)

## COMPLAINT

I. Previous Lawsuits

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

   YES ☐    NO ☒

   B. If you answered YES, describe that case(s) in the spaces below.

   1. Parties to the other case(s):

      Plaintiff: _____

      Defendant(s): _____

   2. Court (if a federal court name the district; if a state court name the city or county):

      _____

-1-

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____
   _____

7. Date of Disposition: _____

II. Administrative Proceedings

   A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

      YES ☒    NO ☐

      1. If you answered YES:

         a. What was the result? "Meritorious" awaiting copies of all documents, sent to family for safekeeping due to seg. status.

         b. Did you appeal? "Meritorious" by DOC Headquarters, same as above.

            YES ☒    NO ☐

      2. If you answered NO to either of the questions above, explain why: _____
         _____

III. Statement of Claim
   (Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

   Declaration of III. Statement of Claim (attached)

-2-

Leonard Haley, #325-235
       Plaintiff

v.

Holly Hoover, NP et al.
    Defendants

IN THE UNITED STATES DISTRICT COURT for the DISTRICT of MARYLAND

Civil Action No. _____
(Jury-Trial Demanded)

FILED / LOGGED / ENTERED / RECEIVED
MAY 18 2022
CLERK U.S. DISTRICT COURT
AT BALTIMORE
DISTRICT OF MARYLAND
BY _____ DEPUTY

## List of "et al." Defendants

**CORIZON NBCI (DPSCS) Medical Contractor's:**

1. Dr. A. Getachew, Corizon Statewide Director
   (Individual/Official Capacity);

2. Dr. Cook, Corizon NBCI Medical Chronic Care
   (Individual/Official Capacity);

3. Nurse Llewelln, Corizon NBCI Medical Inst. Nurse
   (Individual/Official Capacity);

**NBCI (DPSCS) Custody Personel**

4. D.O.C. (DPSCS) Commissioner of Corrections 2019-2022
   (Individual/Official Capacity);

5. Frank B. Bishop, Jr., Warden, NBCI (DPSCS) 2019
   (Individual/Official Capacity);

6. Jeff Nines, Warden, NBCI (DPSCS) 2020, 2021, 2022
   (Individual/Official Capacity);

-3-

<u>Corizon Consult, Bon Secour Hospital</u>

7. Dr. Ashok Krishnaswamy, Orthopaedic Surgeon
   (Individual/Official Capacity)

## CAUSES OF ACTION

Count I. Plaintiff has suffered by deliberate indifference which has caused him unforeseen harm and daily Pain by the actions, in-actions and neglect which has triggered violations of the Eighth Amendment of the United States Constitution and was subjected to Pain by the botched treatment and non-treatment by:

<u>Defendants</u>: All of the above and Holly Hoover, NP

Count II. Plaintiff has been deliberately discriminated against as a segregation prisoner, and likeminded prisoner's have been seen and had there serious problems handled, the Plaintiff is suing under the Fourteenth Amendment Equal Protection Clause:

<u>Defendants</u>: All of the above and DPSCS Officials for being placed on notice by "Meritorious" Decisions to fully Exhausted Remedies

—4—

Leonard Haley, #325235,
   Plaintiff

v.

Holly Hoover, NP et al.,
   Defendants

IN THE UNITED STATES DISTRICT COURT for the District of Maryland

Civil Action No. _____

(Jury Trial Demanded)

## III. Statement of Claim (continued from Page 2)

Leonard Haley, DOC#325-235, being competent to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 U.S.C. §1746 the following:

1. On 5-20-2019 I suffered a broken tibula during an altercation with another inmate, I was seen minutes afterwards due to a stab wound to my foot on the same leg, leaving me in severe pain.

2. Nurse Practioner Holly Hoover, NP, placed several staple stiches in the wound to close it, and sent me on my way without any relief of medication for the severe pain, and two days later after severe swelling and badly displayed discolouring, I was again sent on my way w/o pain medication or x-rays on the injured leg and stab wound.

3. Nurse Llewelyn felt the swelling in my leg after consulting with Nurse Hoover

-5-

Plaintiff in constant pain did not recieve an x-ray until 6 weeks later, the x-rays was examined an showed a broken tibula, to make matter worse the broken tibula healed wrong.

4. Nurse Hoover feigned no concern to my now worse situation, and failed to act to order pain medicine to mask the pain until re-corrective surgery could take place.

5. After not being seen nor recieving pain med's, I filed several A.R.P.'s which was found "meritorious" and Appealed them to the DOC Commissioners, and also recieved "meritorious" rulings, due to Corizon being a contract employee, I.G.O. Refused the Exhaustion stating, under Adams v. Corr. Serv. Corporation is not a state entity under the Inmate Grievance Office.

6. After 19 months, Plaintiff was finally sent to Bon Secours Hospital for surgery which was done by Dr. Ashok Krishnaswamy.

7. The ortho surgeon tried to remove plates, pins, and screws, but stated he couldn't do, and removed a bone from my foot

-6-

without my consent, then telling Plaintiff he messed up because he was without his surgical tools, and had to modify the surgery.

8. On 12-27-2020 Plaintiff's foot became badly infected due to botched surgery and Corizon NBCI Medical staff not changing bandage dressing or irrigating the wound.

9. On 12-27-2020 after showing my decaying foot to C.O. II Wimer, he called Nurse Janice whom came down and brought me to medical exam room.

10. Upon close examination of my now rotten foot she called Corizon Statewide Medical Director, Dr. A. Getachew and described her observation, he inform her to give Plaintiff a pain shot and remove the stitches which gave off a rotten odor.

11. Til this day since the removal of those stitches Corizon NBCI Medical personel and DPSCS Defendant's knew about my problem and failed to act in the bare minimum of just prescribing pain med's while I await my leg to be broke and reset.

-7-

12. Chronic Care Dr. Cook has repeatidly failed in the prescribing of pain med's no putting in consult's for Physical Theraphy while still awaiting the surgical correction to the injury's suffered by first Holly Hoover, NP and the second the botched job by Dr. Ashok Krishnaswamy.

I have factually submitted and read the above statements, and Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct. Executed on the 12th day of May, 2022.

Leonard Lee Haley
Leonard Haley # 325-235
SID # 1164305
NBCI, 14100 McMullen Hwy., S.W.
Cumberland, Md 21502

IV. Relief
(State briefly what you want the Court to do for you.)

A.) Declare that acts and omissions described herein violated Plaintiff's rights under the Constitution and laws of the United State's;

B.) Order Defendants et al. to pay compesatory, (continued)

SIGNED THIS 27th day of _____ May _____, 2022.

_Leonard Lee Haley_
Signature of Plaintiff

Leonard Haley, # 325-235
Printed Name  SID # 1164305

NBCI, 14100 McMullen Hwy, S.W. Cumberland, MD 21502
Address

_____
Telephone Number

_____
Email Address

-9- 1st part of Relief

Leonard Haley, #325235
    Plaintiff

V.

Holly Hoover, NP et al.,
    Defendants

IN THE UNITED STATES DISTRICT COURT for the District of Maryland

Civil Action No. _____

(Jury Trial Demanded)

FILED ___ ENTERED ___
LOGGED ___ RECEIVED ___

MAY 18 2022

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IV. Relief (continued)

B.) Order Defendants et al. to pay compensatory, punitive and declaratory damages combined for $1,000,000.00 One Million Dollars;

C.) Order Defendants to pay Reasonable attorney fees, costs and reimburse plaintiff's filing fee; and

D.) Grant other just and equitable Relief that this Honorable Court deems necessary.

Signed This 12TH day of, May, 2022

*Leonard Lee Haley* (signature)
Leonard Haley, #325-235
SID# 1164305
NBCI, 14100 McMullen Hwy., S.W.
Cumberland, Md 21502

-9- 2nd part of Relief